# UNITED STATES DISTRICT COURT

EASTERN      **District of**      TENNESSEE

MARTHA MCCARTER

Plaintiff (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

V.

Carolyn Colvin, COMMISSIONER, SSA

Defendant (s),

**CASE NUMBER:** 3:16-CV-385

Notice is hereby given that, subject to approval by the court, Martha McCarter substitutes

(Party (s) Name)

Jennifer McKinnish Burton , State Bar No. 024593 as counsel of record in

(Name of New Attorney)

place of Benjamin S. Burton

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Burton McKinnish, PLLC

Address:      118 Parliament Drive, Maryville, TN 37804

Telephone:      (865) 233-1105      Facsimile (865) 774-5509

E-Mail (Optional):      jennifer@burtonmckinnish.com

I consent to the above substitution.

Date: 2-5-18

(Signature of Party (s))

I consent to being substituted.

Date: 10/9/17

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/7/18

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/12/18

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**